UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>JAMES K. BREDAR<br>U.S. MAGISTRATE JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0950<br>(410) 962-2985 FAX |

January 21, 2009

TO ALL COUNSEL OF RECORD

    Subject: *Saint Annes Development Company, LLC, et al. v. Neal Trabich, et al.*
           Civil No. WDQ-07-1056

Dear Counsel:

    This case has previously been assigned to the undersigned for discovery matters. Pending before the Court is Plaintiffs' Supplemental Certification of Conference and Motion to Compel Defendants Neal Trabich and Ronald Coruzzi to Supplement their Discovery Responses. (Paper No. 143.) Defendants Trabich and Coruzzi submitted responses to Plaintiffs' motion, and those responses are attached to it. No hearing is necessary. Local Rule 105.1. The motion is GRANTED.

    Plaintiffs seek to compel Trabich and Coruzzi to supplement their prior discovery responses with the settlement agreement between the two Defendants, apparently entered into to resolve matters between them pertaining to the instant lawsuit. (Paper No. 143, Att. 1.) Coruzzi acknowledges that the agreement may be responsive to Plaintiffs' discovery requests, but notes that the agreement contains a confidentiality clause that prohibits disclosure of the agreement without a court order; otherwise, Coruzzi does not object to producing the agreement. (*Id.*) Trabich also notes that he cannot disclose the agreement without a court order. (Paper No. 143, Att. 2.)

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel is GRANTED and that Defendants Trabich and Coruzzi shall produce the settlement agreement to Plaintiffs.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an Order.

                                   Very truly yours,

                                   /s/

                                   James K. Bredar
                                   United States Magistrate Judge

JKB/cw
cc: The Hon. William D. Quarles, Jr.
    Court file
    Chambers file