```
            IN THE UNITED STATES DISTRICT COURT FOR
             THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                   *
SAINT ANNES DEVELOPMENT            *
COMPANY, LLC, et al.,
                                   *
     Plaintiffs,
                                   *
          v.                            CIVIL NO.: WDQ-07-1056
                                   *
NEAL TRABICH, et al.,
                                   *
     Defendants.
                                   *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

MEMORANDUM

Pending before Magistrate Judge Bredar is the Plaintiffs' motion for attorneys' fees (Paper No. 164). It is apparent that a clarification of this Court's prior ruling would be helpful. On June 2, 2009, Judge Bredar granted the Plaintiffs' motion for fees against Terry Trabich for her improper assertion of spousal privilege in a June 2008 deposition. Paper No. 179. However, Judge Bredar did not address Adelberg, Rudow, Dorf & Hendler, LLC's ("ARDH") conduct because he was uncertain whether this Court's finding that Andrew Radding, Esquire, of ARDH had not acted improperly, *see* Paper No. 166, "reache[d] the conduct of the three ARDH attorneys involved in [Terry] Trabich's June 19, 2008, deposition." *Id.*

The Court's ruling about Radding's representation of Neal Trabich did not involve the ARDH attorneys' and Terry Trabich's

1

conduct at her June 2008 deposition.  The Court did not intend to restrict Judge Bredar's review of that matter.  Indeed, the Court did not bestow upon ARDH a "get out of jail free" card.[1]

The Clerk of the Court shall send copies of this Memorandum to the parties.

July 28, 2009                              /s/
Date                           William D. Quarles, Jr.
                               United States District Judge

---

[1] *See* http://en.wikipedia.org/wiki/Get_out_of_jail_free ('get out of jail free' is "widely used in colloquial English to refer to the ability to avoid or revoke punishment").